**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
NELSON CHILIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>POPULUS FINANCIAL GROUP, INC.; MICHAEL L. DONNER, AS TRUSTEE OF THE MICHAEL L. DONNER AND JOAN E. DONNER INTER VIVOS TRUST; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 5:24-cv-01222-SSS (DTBx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff NELSON CHILIN ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  August 28, 2024           **SO. CAL EQUAL ACCESS GROUP**

                                                         */s/ Jason J. Kim*
                                                         JASON J. KIM
                                                         Attorney for Plaintiff